No. 87–648.   PENNSYLVANIA *v.* CEPHAS.   Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis*

granted. Certiorari denied.